﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 200330-79003
DATE: October 30, 2020

ORDER

The appeal is dismissed.

FINDING OF FACT

The March 2020 rating decision, from which the Veteran filed his notice of disagreement, was only a proposal of a finding of incompetency, not a final decision on the matter. 

CONCLUSION OF LAW

The Board does not have jurisdiction over the issue of the proposal of a finding of incompetency, and it must be dismissed. 38 U.S.C. § 7105; 38 C.F.R. § 20.202. 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from August 1984 to August 2004. 

This matter comes before the Board of Veterans’ Appeals (Board) from a March 2020 rating decision issued by a Department of Veterans Affairs (VA) Regional Office (RO) under the modernized appeals system known as the Appeals Modernization Act (AMA). Later that month, the Veteran timely appealed such rating decision to the Board by submitting a Decision Review Request: Board Appeal (Notice of Disagreement) (VA Form 10182). 

Whether the Veteran is competent for VA benefits purposes to handle disbursement of funds under the provisions of 38 C.F.R. § 3.353.

An appeal to the Board consists of a notice of disagreement timely filed in response to a decision by the Agency of Original Jurisdiction (AOJ). 38 U.S.C. §§ 7104, 7105; 38 C.F.R. § 20.202. 

As relevant, for findings of incompetency, the AOJ is required to issue a rating decision proposing such finding and setting forth all material facts and reasons, notify the beneficiary of the contemplated action and furnish detailed reasons therefor, and allow 60 days for the presentation of additional evidence as to show why such proposed finding should not be taken and/or a request for a hearing. Thereafter, if a finding of incompetency is found to be warranted, a final rating action will be issued. 38 C.F.R. §§ 3.103(b); 3.353(e). 

In the instant case, the AOJ issued the March 2020 rating decision proposing a finding of incompetency. The Veteran filed a Decision Review Request: Board Appeal (Notice of Disagreement) (VA Form 10182) later the same month disagreeing with the proposed finding. However, as discussed above, the March 2020 rating decision was only a required notification to the Veteran of the proposed action, and was not a final decision on the matter. Rather, in a May 2020 rating decision, the AOJ found that the Veteran was not competent to handle disbursement of funds. Therefore, no appeal could be initiated from the March 2020 rating decision as it was only a proposal and not a final decision on the matter. Consequently, the Board lacks jurisdiction over the appeal.

Furthermore, the Board notes that, in a July 2020 rating decision, the AOJ reversed its earlier decision and found the Veteran competent to handle disbursement of funds. In response, in September 2020, the Veteran withdrew his appeal. 38 U.S.C. § 7105; 38 C.F.R. § 20.205; Hembree v. Wilkie, No. 18-3856 (August 31, 2020).

Accordingly, for the foregoing reasons, the Board does not have jurisdiction to review the appeal and it must be dismissed. 

 

A. JAEGER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Koria B. Stanton, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.